United States Court of Appeals

For the Eighth Circuit

_____

No. 23-3175

_____

John W. Stapleton, Jr.; Linda Stapleton

*Plaintiffs - Appellants*

v.

Missouri Supreme Court; Office of the Chief Disciplinary Counsel; Alan D.
Pratzel, Chief Disciplinary Counsel

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Missouri - St. Joseph

_____

Submitted: May 1, 2024
Filed: May 6, 2024
[Unpublished]

_____

Before GRUENDER, ERICKSON, and KOBES, Circuit Judges.

_____

PER CURIAM.

John and Linda Stapleton appeal following the district court's[1] dismissal of their pro se complaint.  Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

After careful de novo review of the record and the parties' arguments on appeal, this court finds no basis for reversal.  *See Chase v. Andeavor Logistics, L.P.*, 12 F.4th 864, 868 (8th Cir. 2021) (standard of review).

The judgment is affirmed.  *See* 8th Cir. R. 47B.

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.